# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SYMBOLY INNOVATIONS LLC,** | |
| Plaintiff, | |
| v. | C.A. NO. 1:18-cv-00566-GMS |
| **HAMMACHER SCHLEMMER & COMPANY, INC** | JURY TRIAL DEMANDED |
| Defendant. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Symbology Innovations LLC, pursuant to Fed. R. Civ. P. 41 (a), hereby provides notice that it dismisses all of its claims in this action WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: June 15th, 2018                    Respectfully Submitted,

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis
*Stamatios Stamoulis #4606*
**STAMOULIS & WEINBLATT LLC**
stamoulis@swdelaw.com
*Richard C. Weinblatt #5080*
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
(*Pro Hac Vice* Application Pending)

/s/ *Jean G. Vidal Font*
Jean G. Vidal Font
(*Pro Hac Vice* Application Pending)

Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com
Email: jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF**
**SYMBOLOGY INNOVATIONS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 15th, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/Stamatios Stamoulis*
Stamatios Stamoulis #4606

IT IS SO ORDERED this _____ day of _____ 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

2